Submitted on record and briefs January 5, reversed February 14, 2007

In the Matter of B. B.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

B. B.,
*Appellant.*

Multnomah County Circuit Court
040565680; A125142

153 P3d 158

Susan D. Isaacs filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Eric D. Wilson, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Brewer, Chief Judge, and Wollheim, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of a judgment committing him as a mentally ill person to the Mental Health Division for a period not to exceed 180 days. Appellant argues that the record does not establish by clear and convincing evidence that, because of his mental disorder, he is presently a danger to himself. The state concedes that the evidence is insufficient for involuntary commitment and that the judgment should be reversed. On *de novo* review of the record, we agree and accept the state's concession and reverse.

Reversed.